UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY BUILDING LABORERS' STATEWIDE PENSION FUND AND TRUSTEES THEREOF,<br><br>*Plaintiff*,<br><br>v.<br><br>RIVER DRIVE COMPANIES, LLC,<br><br>*Defendant.* | Civil Action No. 17-9047<br><br>ORDER |

**THIS MATTER** having come before the Court on Plaintiff New Jersey Building Laborers' Statewide Pension Fund and Trustees Thereof's ("Plaintiff" or "Pension Fund") Motion for Default Judgment against River Drive Companies, LLC ("Defendant" or "River Drive") pursuant to Federal Rule of Civil Procedure 55(b)(2), ECF No. 9;

and for the reasons set forth in the Court's accompanying Opinion (the "Opinion");

**IT IS** on this 14th day of September, 2018,

**ORDERED** that Plaintiff's Motion for Default Judgment is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff has 30 days to either file an amended complaint or file a new motion for default judgment that in accordance with the Opinion.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
UNITED STATES DISTRICT JUDGE